**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC** § § § § | 6:11cv653 SEVERED FROM |
| Plaintiff, § § | **CASE NO. 6:11-CV-464** **PATENT CASE** |
| vs. § § | |
| **GOOGLE, INC., ET AL.** § § | |
| Defendants. § | |

**ORDER**

In light of American Airlines, Inc. Notice of Bankruptcy Filing (Docket No. 111), the Court *sua sponte* **SEVERS** American Airlines, Inc. into a separate case, **STAYS** that case, and **ORDERS** American Airlines, Inc. to file a notice that the bankruptcy proceedings have concluded within ten days of their completion. The Court waives the filing fee in the new case.

**So ORDERED and SIGNED this 5th day of December, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**